**No. 10-7258. Pascal C. Bolomet, et ux., Petitioners v. RLI Insurance Company, et al.**

562 U.S. 1289, 131 S. Ct. 1675, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2312.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Hawaii denied.

**No. 10-7343. James Gayford, Petitioner v. United States.**

562 U.S. 1289, 131 S. Ct. 1675, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2363.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 442.

**No. 10-7377. Emilio Loaeza-Montes, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1675, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2281.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 378 Fed. Appx. 967.

**No. 10-7436. Demetrius R. Hargrove, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1676, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2282.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 765.

**No. 10-7564. Len Davis, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1676, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2350.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 609 F.3d 663.

**No. 10-7870. James Roy Barron, Jr., Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1676, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2414.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 727.

**No. 10-7887. Robert Simon, Jr., Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

562 U.S. 1290, 131 S. Ct. 1677, 179 L. Ed. 2d 621, 2011 U.S. LEXIS 2288.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 138.